UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. HAMZA B. ALKHOLI AND AHMED HALAWANI,

        *Plaintiffs*,

v.

MACKLOWE INVESTMENT PROPERTIES, LLC,

        *Defendant*.

Case No.: 1:17-cv-00016 (DAB)

**AFFIRMATION OF BRUCE KIMMELMAN IN RESPONSE TO ORDER DATED May 13, 2020**

BRUCE KIMMELMAN, being duly sworn, deposes and says:

1. I am the Executive Vice President of Capital Markets and Acquisitions for Defendant, Macklowe Investment Properties, LLC ("Defendant" or "Macklowe"). I submit this affirmation in response to the Court's Order dated May 13, 2020 (the "Order") requiring Macklowe to set forth the citizenship of each member of Macklowe as of January 3, 2017.

2. As of January 3, 2017, the members of Macklowe were as follows:

- Harry Macklowe, a US Citizen, having a principal place of business located at 767 Fifth Avenue, 21st Floor, New York, New York 10153

- Wolf & Macklowe Company, Inc., a New York State Corporation, having a principal place of business located at 767 Fifth Avenue, 21st Floor, New York, New York 10153

Dated:  May 18, 2020
New York, New York.

                                                   BRUCE KIMMELMAN