**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HAMZA B. ALKHOLI and AHMED HALAWANI,

                    Plaintiffs,

        -against-

MACKLOWE INVESTMENT PROPERTIES, LLC,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2020

17 **CIVIL** 16 (PKC)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2020, defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         May 21, 2020

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                         BY:

                                                    **Deputy Clerk**