UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
DR. HAMZA B. ALKHOLI and AHMED HALAWANI,

                *Plaintiffs,*

      v.

HARRY B. MACKLOWE and MACKLOWE INVESTMENT PROPERTIES, LLC,

                *Defendants.*
------------------------------------------------------- x

Case No.: 1:17-cv-00016 (PKC)

**NOTICE OF APPEAL**

      **NOTICE IS HEREBY GIVEN** that Plaintiffs Dr. Hamza B. Alkholi and Ahmed Halawani in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order, dated December 22, 2017, issued by the Honorable Deborah A. Batts, U.S.D.J. (the "2017 Order") (Dkt. No. 23), granting in part the defendants' motion to dismiss as to the claims against defendant Harry B. Macklowe; and the Opinion and Order, dated May 21, 2020, issued by the Honorable P. Kevin Castel, U.S.D.J. (the "2020 Order") (Dkt. No. 57), granting the motion for summary judgment of Defendant Macklowe Investment Properties. Judgment has been entered in this action in the Office of the Clerk of the United States District Court for the Southern District of New York on the 21st day of May, 2020 (the "Judgment") (Dkt. No. 58). This appeal is taken from the entirety of the 2017 Order, the 2020 Order and the Judgment, along with each and every part thereof.

Dated: June 19, 2020  **AKERMAN LLP**
New York, New York

*By: /s/ Donald N. David*
**Donald N. David**
donald.david@akerman.com
666 Fifth Avenue, 20th Floor
New York, NY 10103
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

*Attorneys for Plaintiffs*